# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2022

## NO. 03-22-00433-CV

**Katharine Ehresman, Appellant**

**v.**

**LF Technology Development Corporation Limited; TECX Academy Austin, Inc.; Starstone Specialty Insurance Company; and, Individually, Alexander Greystoke; Patricio Lebrija; John McLaughlin; Lyanne Millhouse; Eli Rabinowitz; Simon Holden; Michael Culhane; Oscar Ramos; Susan Strasberg; Chris Nichols; Michael Casey; and John Doe(s) 1-20, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on June 15, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.